Cause No: 05-07-01621-CR vs State of Texas

Motion To File A Late out of Time Petition For Discretionary Review

Appellant Israel Bustamante now comes before The Court of Criminal Appeals to Ask for permission to file A Late out of time Petition for Discretionary Review. The reason for the late filing is when Appellant first entered TDCJ, The Appellant was test by the Education Department. At the time of the testing the Appellant was found to only comprehend and understand 2% of the english language. The Court of Criminal Appeals can check the records of the Education Department of TDCJ. Appellant prays for relief and under Standing in this petition by the Court of Criminal Appeals.

Date 9-15-2015

Sign darail Bustamante
# 1477251
Robertson Unit
12071 FM 3522
Abilene, Texas 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

Cause No: 05-07-01621-CR   vs. State of Texas

Motion for A time Extension ON the Late out of time
Petition for Discretionary Review Dated
September 15, 2015

Appellant Israel Bustamante Now comes before
The Court of Criminal Appeals to ask for A time
Petition For Discretionary Review.
The Appellant respectfully prays that
The Court of Criminal Appeals grant time in filing
this extension.

Date 9-15-2015          Sign Israel Bustamante
                              # 1477251
                              Robertson Unit
                              12071 Fm 3522
                              Abilene, Texas 79601

## Verification

I. ISRAEL Bustamante TDCJ # 147751 being currently incarcerated in the Robertson Unit of TDCJ-CID in Jones County, Abilene, Texas. Do hereby verify and affirm that the enclosed Motion are true, correct, signed and dated by me Pursuant to Tex. Civ. Prac and Rem. Code #132.001-003 Et seq/title 28 USC # 1746: under Penalty of Perjury.

Date 9-15-2015

Signed *Israel Bustamante*
#1477251
Robertson Unit
12071 FM 3522
Abilene, Texas 79601